# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 25, 2024

### NO. 03-23-00635-CV

**Allstate Fire and Casualty Insurance Company, Appellant**

**v.**

**Crystal Harper, Appellee**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
REVERSED IN PART AND RENDERED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on September 15, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses and vacates the part of the district court's final judgment awarding attorney's fees of $60,425 to Harper and renders judgment that Harper take nothing as to her attorney's fees claim. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.